**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                                                 **Case No. 3:24-cr-88/MCR**

**LUIS JAVIER NUNEZ-AISPURO,**

    **Defendant.**
_____/

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, LUIS JAVIER NUNEZ-AISPURO, to Count One of the indictment is hereby **ACCEPTED**. All parties will appear before this Court for sentencing as directed.

    **DONE and ORDERED** this 23rd day of October 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**